UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>              Plaintiff,<br><br>      v.<br><br>M. PALLARES,<br><br>              Defendant. | Case No. 1:20-cv-00623-AWI-JLT (PC)<br><br>**ORDER DIRECTING SPECIAL APPEARANCE ON BEHALF OF DEFENDANT** |

On February 16, 2021, the Court directed Defendant to respond to Plaintiff's claim that she timely filed a notice of appeal of the order dismissing this action. (Doc. 23.) However, because the Court dismissed this action prior to screening the complaint or directing service of process, Defendant has not yet appeared in this case. Accordingly, the Court ORDERS:

1. The California Attorney General's Office shall make a special appearance on behalf of Defendant for purposes of complying with the Court's February 16, 2021 order (Doc. 23); and,

2. The Clerk of the Court is directed to serve copies of this order and the February 16, 2021 order (Doc. 23) on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:   **February 17, 2021**             /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE